858

No. 326. LOWE *v.* TAYLOR STEEL PRODUCTS CO. ET AL. C. A. 8th Cir. Motion for leave to file a substituted petition for certiorari granted. Certiorari denied.

No. 382. DANIELSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Sidney B. Gambill* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 417. LEMONGELLO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted on the issues of double jeopardy and the propriety of declaring a mistrial in these circumstances. *Frederick Klaessig* for petitioner.

No. 427. BRADICK *v.* ISRAEL ET AL. C. A. 2d Cir. Motion of respondent Israel to dispense with printing brief granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Nicholas Atlas* and *Anthony H. Atlas* for petitioner.

No. 446. GAMAGE *v.* BROWN, SECRETARY OF THE AIR FORCE. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Alfred L. Scanlan* and *Roger Kent* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for respondent.